UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM JEFFERSON-HENKEL, | No. 2:21-cv-01197 MCE AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| COUNTY OF SOLANO, et al., | |
| Defendants. | |

Plaintiff, appearing in pro se, filed a complaint and moved to proceed in forma pauperis on July 8, 2021. ECF No. 1. On July 19, 2021, the court granted the motion to proceed in forma pauperis and ordered plaintiff to provide to the U.S. Marshals Office the documents necessary for service and file a statement on the docket that the documents have been submitted, both within 15 days. ECF No. 3 at 2. Plaintiff was cautioned that "failure to comply with this order may result in a recommendation that this action be dismissed." Id. at 3. Plaintiff has not filed a statement that service documents have been submitted, and the deadline has passed.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than August 18, 2021, why this action should not be dismissed for failure to prosecute;

1

2. Plaintiff's filing of a statement that service documents have been submitted will be deemed good cause shown; and

3. If plaintiff fails to comply with this order, the case will be dismissed.

DATED: August 4, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE