UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM JEFFERSON-HENKEL, | No. 2:21-cv-01197-MCE-AC PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SOLANO, et al., | |
| Defendants. | |

On October 12, 2021, defendants filed motions to dismiss this case, set to be heard on November 17, 2021. ECF Nos. 10, 16, 17. On October 20, 2021, plaintiff requested an extension of time to submit evidence. ECF No. 19. On October 26, 2021, the court denied the motion and informed plaintiff that her statements of opposition or non-opposition remained due on November 3, 2021. ECF No. 20. Plaintiff did not file any opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of November 17, 2021 is VACATED and will be reset if necessary. It is further ORDERED that plaintiff shall show cause, in writing, within 14 days, why her failure to respond to the pending motions should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will

////

////

1

discharge this order.  If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

DATED: November 4, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE