UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM JEFFERSON-HENKEL, | No. 2:21-cv- 01197 MCE AC |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SOLANO, et al., | |
| Defendants. | |

Plaintiff has requested that this action be dismissed without prejudice. Because no defendant has answered or filed a motion for summary judgment, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Clerk of Court may close this case without a court order. There are two pending motions to dismiss (ECF Nos. 10 and 16). Because this case is voluntarily dismissed and will be closed, those motions are MOOT and hereby VACATED.

DATED: January 5, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE